JOHN S. LEONARDO
United States Attorney
District of Arizona
ROSALEEN O'GARA
Assistant U.S. Attorney
State Bar No. 029512
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rosaleen.o'gara@usdoj.gov
Attorneys for Plaintiff

___FILED___LODGED
___RECEIVED___COPY

2015 JUL -1 P 2:06

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR15-1201TUC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Violations: |
| Albert W. Rios | **Count 1**: 18 U.S.C. § 641<br>(Theft of Government Money) |
| Defendant. | **Counts 2-5**: 18 U.S.C. § 1001<br>(False Statements) |

**THE GRAND JURY CHARGES:**

**INTRODUCTORY ALLEGATIONS**

At all times material to the Indictment:

1. The U.S. Department of Veterans Affairs provides travel benefits, in the form of reimbursement for mileage, for veterans who travel to a Veterans Affairs Medical Center (VAMC) to receive services.

2. Reimbursement of travel expenses is authorized for veterans who travel on their own from their residence to a Veterans Affairs (VA) facility in connection with treatment or care for a service-connected disability, or who otherwise qualify for reimbursement due to their income level. Reimbursement is generally limited to travel from a beneficiary's residence to the nearest VA facility where the care or services can be provided, and from such VA facility back to the beneficiary's residence. If the veteran's

travel is for scheduled treatment or care for which the veteran has an appointment, roundtrip travel is reimbursed. For emergency or non-scheduled appointments, the veteran is entitled to reimbursement only for one-way mileage.

3. Albert W. RIOS is a United States veteran who received services through the VA in Tucson, Arizona between January 3, 2012 and November 12, 2013.

4. In the summer of 2011, RIOS resided with his parents-in-law at 220 Kaywood Wash Rd., Duncan, Arizona 85534. In December 2011, RIOS relocated from Duncan to Tucson, Arizona, where he lived between January 2012 and November 2013.

5. In connection with his receipt of services from the VAMC, RIOS submitted numerous vouchers during the period from January 3, 2012 to November 12, 2013, claiming reimbursement for travel from 220 Kaywood Wash Rd., Duncan, Arizona 85534 to the VAMC in Tucson, a distance of more than 150 miles each way.

6. During this time period, however, RIOS did not reside in Duncan, Arizona nor did he travel to and from Duncan and the Tucson VAMC. Rather, he resided in Tucson, Arizona between January 3, 2012 and November 12, 2013.

7. Between January 3, 2012 and November 12, 2013, RIOS submitted vouchers claiming $50,704.51 worth of reimbursement benefits for travel between 220 Kaywood Wash Rd., Duncan, Arizona 85534, and the Tucson VAMC.

## INCORPORATION CLAUSE

The paragraphs "1" through "8" as set forth in the Introductory Allegations are incorporated by reference herein into each and every Count in the Indictment.

## COUNT 1 – Theft of Government Money
## 18 U.S.C. § 641

On or about, January 3, 2012, and continuing up to and including November 12, 2013, at or near Tucson, in the District of Arizona, Defendant, Albert W. RIOS, did knowingly and unlawfully embezzle, steal, purloin, and convert to his own use, money of the United States of America or any department or agency thereof, specifically, the U.S.

United States of America v. Rios
Indictment Page 2 of 4

Department of Veterans' Affairs, in the amount of approximately $50,704.51, all in violation of Title 18, United States Code, Section 641.

## COUNT 2 – False Statements

### 18 U.S.C. § 1001

On January 3, 2012, at or near Tucson, in the District of Arizona, Defendant, Albert W. RIOS, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the U.S. Department of Veterans' Affairs, by giving a false departure address on a travel reimbursement form in Tucson, Arizona, in the District of Arizona. The statement and representation was false because Defendant claimed to be traveling from 220 Kaywood Wash Rd., Duncan, Arizona 85534, to Tucson, Arizona for services, when he in fact he resided in Tucson and had not traveled from Duncan. These acts were in violation of Title 18 U.S.C. § 1001.

## COUNT 3 – False Statements

### 18 U.S.C. § 1001

On December 24, 2012, at or near Tucson, in the District of Arizona, Defendant, Albert W. RIOS, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the U.S. Department of Veterans' Affairs, by giving a false departure address on a travel reimbursement form in Tucson, Arizona, in the District of Arizona. The statement and representation was false because Defendant claimed to be traveling from 220 Kaywood Wash Rd., Duncan, Arizona 85534, to Tucson, Arizona for services, when he in fact he resided in Tucson and had not traveled from Duncan. These acts were in violation of Title 18 U.S.C. § 1001.

## COUNT 4 – False Statements

### 18 U.S.C. § 1001

On February 28, 2013, at or near Tucson, in the District of Arizona, Defendant, Albert W. RIOS, did knowingly and willfully make a materially false, fictitious, and

fraudulent statement and representation in a matter within the jurisdiction of the U.S. Department of Veterans' Affairs, by giving a false departure address on a travel reimbursement form in Tucson, Arizona, in the District of Arizona. The statement and representation was false because Defendant claimed to be traveling from 220 Kaywood Wash Rd., Duncan, Arizona 85534, to Tucson, Arizona for services, when he in fact he resided in Tucson and had not traveled from Duncan. These acts were in violation of Title 18 U.S.C. § 1001.

### COUNT 5 – False Statements
### 18 U.S.C. § 1001

On November 12, 2013, at or near Tucson, in the District of Arizona, Defendant, Albert W. RIOS, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the U.S. Department of Veterans' Affairs, by giving a false departure address on a travel reimbursement form in Tucson, Arizona, in the District of Arizona. The statement and representation was false because Defendant claimed to be traveling from 220 Kaywood Wash Rd., Duncan, Arizona 85534, to Tucson, Arizona for services, when he in fact he resided in Tucson and had not traveled from Duncan. These acts were in violation of Title 18 U.S.C. § 1001.

A TRUE BILL

/S/
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

JUL 0 1 2015

/S/
Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE