# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 15-01201-TUC-RM(BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Albert W. Rios, | |
| Defendant. | |

Upon Plaintiff's Motion to Continue Arraignment [Doc. 6], and good cause appearing;

**IT IS ORDERED** the Motion GRANTED and the Arraignment hearing scheduled for July 17, 2015 at 11:00 a.m., is hereby **CONTINUED** to August 7, 2015 at 11:00 a.m., before the assigned arraignment judge.

Excludable delay shall commence on July 15, 2015 and terminate on August 7, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS FURTHER ORDERED** that a new Summons be issued by the Clerk of the Court to Defendant at his correct address.

Dated this 15th day of July, 2015.

_____
Bruce G. Macdonald
United States Magistrate Judge