JOHN S. LEONARDO
United States Attorney
District of Arizona
ROSALEEN O'GARA
Assistant U.S. Attorney
Arizona State Bar No. 029512
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rosaleen.o'gara@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                         Plaintiff,<br><br>     vs.<br><br>Albert W. Rios,<br><br>                         Defendant. | CR-15-01201-TUC-RM (BGM)<br><br>MOTION TO CONTINUE ARRAIGNMENT AND ISSUE NEW SUMMONS<br><br>(SECOND) |

The United States of America, by and through its undersigned attorneys, hereby respectfully requests a continuance to October 9, 2015 of the arraignment currently scheduled for August 7, 2015. This is the government's second request for a continuance of the arraignment.

The Defendant in this case currently resides in the State of Utah. Pre-trial services contacted Government counsel and advised that defendant has recently undergone a medical procedure and is under doctor's orders not to travel. This information has been verified by pre-trial services with the defendant's doctor and the defendant has provided pre-trial services with a note from his doctor confirming the same. The doctor informed pre-trial services that the defendant should be available to travel beginning in October.

For this reason, the government seeks a continuance of the arraignment in this matter to October 9, 2015. Government counsel has concurred with the Clerk's Office who has confirmed this date for the arraignment. The government also requests that the

Court order issuance of a new summons to the defendant with the October 9, 2015 arraignment date.

Respectfully submitted this 5th day of August, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*S/Rosaleen O'Gara*

Rosaleen O'Gara
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 5th day of August, 2015, to:

All ECF participants.