# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　Plaintiff,<br>v.<br><br>Albert W. Rios,<br><br>　　　Defendant. | CR 15-01201-TUC-RM(BGM)<br><br>**ORDER** |

Upon Plaintiff's Second Motion to Continue Arraignment [Doc. 10], and good cause appearing;

**IT IS ORDERED** the Motion GRANTED and the Arraignment hearing scheduled for August 7, 2015 at 11:00 a.m., is hereby **CONTINUED** to October 9, 2015 at 11:00 a.m., before the assigned arraignment judge.

Excludable delay shall commence on July 15, 2015 and terminate on October 9, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS FURTHER ORDERED** that a new Summons be issued by the Clerk of the Court to Defendant.

Dated this 6th day of August, 2015.

_____
Bruce G. Macdonald
United States Magistrate Judge