**DAMIANAKOS LAW FIRM, PLLC**
ATTORNEYS & COUNSELORS AT LAW
177 N. Church Ave., Suite 605
Tucson, Arizona 85701
Tel: (520) 222-8270
Fax: (520) 222-8274
Elias Damianakos, Esq.
Email: elias@damianakoslaw.com
State Bar No. 022850
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR15-2062 TUC JAS (CRP) |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO CONTINUE TRIAL AND EXTEND PLEA DEADLINE** |
| VERONICA GUADALUPE SALDIVAR, | ) | |
| Defendant. | ) | (First Request) |

It is expected that excludable delay under 18 U.S.C. §3161 will occur as a result of this motion or from an order based thereon.

Defendant Veronica Guadalupe Saldivar, through counsel, requests a continuance of the trial currently set for January 12, 2016, and an extension of the plea deadline currently set for December 24, 2015. The reason for this continuance is that counsel for the Defendant is conducting an investigation of the matter. In addition, undersigned counsel and the Government are working towards resolving this case without a trial. In order to comply with the deadlines it is imperative that this matter be continued for thirty days. In addition, if plea negotiations prove unsuccessful, Defendant will need additional time to prepare for trial. Defendant waives all time limits.

Assistant United States Attorney Christina Vejar has been contacted regarding this request and has no objection to a continuance.

1

RESPECTFULLY SUBMITTED this 24th day of December, 2015

                                  DAMIANAKOS LAW FIRM, PLLC.

                                  By: /s/ *ELIAS DAMIANAKOS*

                                  Elias Damianakos
                                  Attorney for Defendant

Copy delivered electronically this date to:

Christina Vejar, Assistant United States Attorney